B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**District of South Carolina** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gyro-Trac (USA), Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**00-0000000** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**10 Flying Cloud Drive**<br>**Summerville, SC**<br>ZIP Code **29483-8113** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Berkeley** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

---

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Gyro-Trac (USA), Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Gyro-Trac (USA), Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Robert E. Culver**
Signature of Attorney for Debtor(s)

**Robert E. Culver 15662**
Printed Name of Attorney for Debtor(s)

**The Culver Firm, PC**
Firm Name

**575 King Street**
**Suite A**
**Charleston, SC 29403**
Address

**Email: Bob@culverlaw.net**
**843-853-9816  Fax: 843-853-9838**
Telephone Number

**March 17, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Daniel Gaudreault**
Signature of Authorized Individual

**Daniel Gaudreault**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**March 17, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Daniel Gaudreault, declare under penalty of perjury that I am the President of Gyro-Trac (USA), Inc., a South Carolina Corporation and that on March 11, 2010, the resolution attached hereto was duly adopted by Daniel Gaudreault, the sole Director of this Corporation.

Be it Further Resolved, that Daniel Gaudreault, President and sole Director of this Corporation, is authorized and directed to employ Robert E. Culver, attorney of the law firm of The Culver Firm, P.C., to represent the Corporation in such bankruptcy case.

Executed on:  03/17/2010            Signed:      /s/ Daniel Gaudreault
                                                 Daniel Gaudreault

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of South Carolina

In re   **Gyro-Trac (USA), Inc.**

Debtor(s)

Case No. _____

Chapter      **11**

## WRITTEN CONSENT AND RESOLUTION BY SOLE DIRECTOR
## FOR GYRO-TRAC (USA), INC.

Pursuant to applicable South Carolina law, the undersigned, being the sole Director for Gyro-Trac (USA), Inc. ("Corporation"), hereby waives notice requirements, and gives written consent and makes the following resolutions:

BE IT RESOLVED Gyro-Trac (USA) Inc. is authorized to file for Chapter 11 Bankruptcy protection in the U.S. Bankruptcy Court for South Carolina.

BE IT ALSO RESOLVED that Gyro-Trac (USA), Inc. is authorized to retain The Culver Firm, P.C. to represent Gyro-Trac (USA), Inc. in the bankruptcy matter.

BE IT ALSO RESOLVED that the President is authorized to execute such documents as may be required consummate these transactions.

BE IT ALSO RESOLVED that Daniel Gaudreault, president of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with bankruptcy.

BE IT ALSO RESOLVED that all acts of above be and hereby are ratified.

EFFECTIVE DATE: March ___11___, 2010

_____
Daniel Gaudreault
Director

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of South Carolina

In re    **Gyro-Trac (USA), Inc.**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Bank of Montreal**<br>**500 East Grande Allee**<br>**Quebec**<br>**CANADA** | **Bank of Montreal**<br>**500 East Grande Allee**<br>**Quebec**<br>**CANADA** | **General assets** | | **4,400,000.00**<br>**(3,900,000.00**<br>**secured)**<br>**(2,900,000.00**<br>**senior lien)** |
| **Bearing Disbributors**<br>**POB 887**<br>**Columbia, SC 29202** | **Bearing Disbributors**<br>**POB 887**<br>**Columbia, SC 29202** | | | **7,926.87** |
| **Buck, Keenan, Gage, Little &**<br>**Lindley LLP**<br>**700 Louisiana Suite 5100**<br>**Summerville, SC 29485** | **Buck, Keenan, Gage, Little & Lindley**<br>**LLP**<br>**700 Louisiana Suite 5100**<br>**Summerville, SC 29485** | | | **10,546.50** |
| **D I Technologies**<br>**820 Shull Street**<br>**Suite 4**<br>**West Columbia, SC 29169** | **D I Technologies**<br>**820 Shull Street**<br>**Suite 4**<br>**West Columbia, SC 29169** | | | **7,950.44** |
| **Engrenage Provincial Inc.**<br>**960 Rue Raoul Jobin**<br>**Quebec**<br>**QC G1N 1S9**<br>**CANADA** | **Engrenage Provincial Inc.**<br>**960 Rue Raoul Jobin**<br>**Quebec**<br>**CANADA** | | | **13,314.27** |
| **Everest Freight & Logistics**<br>**8300 Cote De Liesse**<br>**Suite 207**<br>**Montreal, QC Canada H4T**<br>**1G7**<br>**CANADA** | **Everest Freight & Logistics**<br>**8300 Cote De Liesse**<br>**Suite 207**<br>**CANADA** | | | **6,952.00** |
| **Fasken Martineau DuuMoulin**<br>**S.E.N.C.R.L.**<br>**Bureau 800 / 140**<br>**Grande Allee Est, Quebec**<br>**Canada QCG1R5M8**<br>**CANADA** | **Fasken Martineau DuuMoulin**<br>**S.E.N.C.R.L.**<br>**Bureau 800 / 140**<br>**CANADA** | | | **19,297.83** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Gyro-Trac (USA), Inc.**                                    Case No. _____

                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **GMAC**<br>**POB 9001948**<br>**Louisville, KY 40290** | **GMAC**<br>**POB 9001948**<br>**Louisville, KY 40290** | **2007 Chev Silverado VIN 1TGCHK23D77F11 7363** | | **20,183.99**<br><br>**(8,850.00 secured)** |
| **GMAC**<br>**POB 9001948**<br>**Louisville, KY 40290** | **GMAC**<br>**POB 9001948**<br>**Louisville, KY 40290** | **2007 Chev Silverado VIN 1GCHK23KX7F563 036** | | **18,207.68**<br><br>**(8,850.00 secured)** |
| **GMAC**<br>**POB 9001948**<br>**Louisville, KY 40290** | **GMAC**<br>**POB 9001948**<br>**Louisville, KY 40290** | **2007 Chev Silverado VIN 1GCHK23K47F5675 18** | | **18,145.80**<br><br>**(8,850.00 secured)** |
| **GMAC**<br>**POB 9001948**<br>**Louisville, KY 40290** | **GMAC**<br>**POB 9001948**<br>**Louisville, KY 40290** | **2007 Chev Silverado VIN 1GCHK23K87F5673 30** | | **18,004.02**<br><br>**(8,850.00 secured)** |
| **J.R. Merritt Controls, Inc.**<br>**55 Sperry Avenue**<br>**Stratford, CT 06615** | **J.R. Merritt Controls, Inc.**<br>**55 Sperry Avenue**<br>**Stratford, CT 06615** | | | **14,119.71** |
| **Lamtech**<br>**81 rue Principale**<br>**St. - Prime**<br>**QC Canada G8J1V1**<br>**CANADA** | **Lamtech**<br>**81 rue Principale**<br>**St. - Prime**<br>**CANADA** | | | **12,500.00** |
| **Roadway/YRC**<br>**POB 905587**<br>**Charlotte, NC 28290** | **Roadway/YRC**<br>**POB 905587**<br>**Charlotte, NC 28290** | | | **5,976.01** |
| **RYCO Hydraulics  Inc**<br>**1616 Greens Road**<br>**Houston, TX 77032** | **RYCO Hydraulics  Inc**<br>**1616 Greens Road**<br>**Houston, TX 77032** | | | **7,195.82** |
| **Thompson & Knight, LLC**<br>**333 Clay Sreet**<br>**Houston, TX 77002** | **Thompson & Knight, LLC**<br>**333 Clay Sreet**<br>**Houston, TX 77002** | | | **19,300.81** |
| **Tuttle Dozer Works, Inc.**<br>**In care of Paul Tinkler, Esq.**<br>**POB 366**<br>**Charleston, SC 29402** | **Tuttle Dozer Works, Inc.**<br>**In care of Paul Tinkler, Esq.**<br>**POB 366**<br>**Charleston, SC 29402** | | | **224,563.06** |
| **United Parcel Service**<br>**POB 7247-0244**<br>**Philadelphia, PA 19170-0001** | **United Parcel Service**<br>**POB 7247-0244**<br>**Philadelphia, PA 19170-0001** | | | **7,382.38** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Gyro-Trac (USA), Inc.**                                                    Case No.   _____

                                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Usitech Nov Industries 1295, 1 Ere Rue QC  G6E 3T3 Canada CANADA** | **Usitech Nov Industries 1295, 1 Ere Rue QC  G6E 3T3 CANADA** | | | **3,405,188.02** |
| **Vermeer Manufacturing 1210 Vermeer Road East Pella, IA 50219** | **Vermeer Manufacturing 1210 Vermeer Road East Pella, IA 50219** | | | **508,000.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **March 17, 2010**                          Signature   **/s/ Daniel Gaudreault**
                                                                **Daniel Gaudreault**
                                                                **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6D (Official Form 6D) (12/07)

In re  **Gyro-Trac (USA), Inc.**                                          Case No. _____

_____,
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>**Bank of Montreal**<br>**500 East Grande Allee**<br>**Quebec**<br>**CANADA** | | - | | General assets<br><br><br>Value $          **3,900,000.00** | | | | 4,400,000.00 | 1,500,000.00 |
| Account No.<br><br>**Branch Banking & Trust** | | - | | <br><br><br>Value $               **Unknown** | | | | 2,900,000.00 | Unknown |
| Account No.<br><br>**Citizen Automobile Finance**<br>**POBox 42113**<br>**Providence, RI 02940** | | - | | Auto<br><br>**2003 Dodge Ram 2500**<br>**VIN 3D7KA28643G745723**<br><br>Value $               **7,400.00** | | | | 5,519.26 | 0.00 |
| Account No.<br><br>**GMAC**<br>**POB 9001948**<br>**Louisville, KY 40290** | | - | | **2007 Chev Silverado**<br>**VIN 1GCHK23DX7F129412**<br><br><br>Value $             **14,900.00** | | | | 859.26 | 0.00 |

___**2**___ continuation sheets attached

Subtotal
(Total of this page)                  | 7,306,378.52 | 1,500,000.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                  Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re __**Gyro-Trac (USA), Inc.**_____,     Case No. _____
                                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>GMAC<br>POB 9001948<br>Louisville, KY 40290 | - | | **AUTO**<br><br>**2007 Chev Silverado**<br>**VIN 1TGCHK23D77F117363**<br><br>Value $       8,850.00 | | | | 20,183.99 | 11,333.99 |
| Account No.<br><br>GMAC<br>POB 9001948<br>Louisville, KY 40290 | - | | **2005 Chev Tahoe**<br>**VIN 1GNEC12V35J256863**<br><br>Value $       8,700.00 | | | | 14,288.87 | 5,588.87 |
| Account No.<br><br>GMAC<br>POB 9001948<br>Louisville, KY 40290 | - | | **Auto**<br><br>**2007 Chev Silverado**<br>**VIN 1GCHK23K47F567518**<br><br>Value $       8,850.00 | | | | 18,145.80 | 9,295.80 |
| Account No.<br><br>GMAC<br>POB 9001948<br>Louisville, KY 40290 | - | | **Auto**<br><br>**2007 Chev Silverado**<br>**VIN 1GCHK23K87F567330**<br><br>Value $       8,850.00 | | | | 18,004.02 | 9,154.02 |
| Account No.<br><br>GMAC<br>POB 9001948<br>Louisville, KY 40290 | - | | **2007 Chev Silverado**<br>**VIN 1GCHK23KX7F563036**<br><br>Value $       8,850.00 | | | | 18,207.68 | 9,357.68 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 88,830.36 | 44,730.36 |
|---|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re    **Gyro-Trac (USA), Inc.**                 ,      Case No. _____

                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>**Thunder Bay**<br>**c/o Robert Lowe, Lowe & Associates**<br>**Wachovia Center**<br>**177 Meeting Street, Suite 400**<br>**Charleston, SC 29401** | - | | | <br><br><br>Value $          **0.00** | | | | **660,000.00** | **Unknown** |
| Account No. | | | | <br><br><br>Value $ | | | | | |
| Account No. | | | | <br><br><br>Value $ | | | | | |
| Account No. | | | | <br><br><br>Value $ | | | | | |
| Account No. | | | | <br><br><br>Value $ | | | | | |

Sheet  **2**   of  **2**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | **660,000.00** | **0.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **8,055,208.88** | **1,544,730.36** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

**STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION**

I, Daniel Gaudreault, declare under penalty of perjury that I am the President of Gyro-Trac (USA), Inc., a South Carolina Corporation and that on March 11, 2010, the resolution attached hereto was duly adopted by Daniel Gaudreault, the sole Director of this Corporation.

Be it Further Resolved, that Daniel Gaudreault, President and sole Director of this Corporation, is authorized and directed to employ Robert E. Culver, attorney of the law firm of The Culver Firm, P.C., to represent the Corporation in such bankruptcy case.

Executed on:  03/17/2010                    Signed:        /s/ Daniel Gaudreault
                                                           Daniel Gaudreault

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of South Carolina

In re    **Gyro-Trac (USA), Inc.**

Debtor(s)

Case No. _____

Chapter    **11**

## WRITTEN CONSENT AND RESOLUTION BY SOLE DIRECTOR
## FOR GYRO-TRAC (USA), INC.

Pursuant to applicable South Carolina law, the undersigned, being the sole Director for Gyro-Trac (USA), Inc. ("Corporation"), hereby waives notice requirements, and gives written consent and makes the following resolutions:

BE IT RESOLVED Gyro-Trac (USA) Inc. is authorized to file for Chapter 11 Bankruptcy protection in the U.S. Bankruptcy Court for South Carolina.

BE IT ALSO RESOLVED that Gyro-Trac (USA), Inc. is authorized to retain The Culver Firm, P.C. to represent Gyro-Trac (USA), Inc. in the bankruptcy matter.

BE IT ALSO RESOLVED that the President is authorized to execute such documents as may be required consummate these transactions.

BE IT ALSO RESOLVED that Daniel Gaudreault, president of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with bankruptcy.

BE IT ALSO RESOLVED that all acts of above be and hereby are ratified.

EFFECTIVE DATE: March _____, 2010

_____
Daniel Gaudreault
Director

# United States Bankruptcy Court
## District of South Carolina

In re  __Gyro-Trac (USA), Inc.__                 Case No. _____

                           Debtor(s)          Chapter __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 47,247.50 |
| Prior to the filing of this statement I have received | $ | 7,770.00 |
| Balance Due | $ | 39,477.50 |

2. $ __1,039.00__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: __March 17, 2010__          **/s/ Robert E. Culver**
                                           **Robert E. Culver**
                                           **The Culver Firm, PC**
                                           **575 King Street**
                                           **Suite A**
                                           **Charleston, SC 29403**
                                           **843-853-9816  Fax: 843-853-9838**
                                           **Bob@culverlaw.net**

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
### District of South Carolina

In re   **Gyro-Trac (USA), Inc.** _____    Case No. _____
                                              Debtor(s)         Chapter    **11**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

    (a) _____ computer diskette

    (b) _____ scannable hard copy
(number of sheets submitted _____)

    (c) **X** electronic version filed via CM/ECF

Date: **March 17, 2010** _____    **/s/ Daniel Gaudreault** _____
                                              **Daniel Gaudreault**/**President**
                                              Signer/Title

Date: **March 17, 2010** _____    **/s/ Robert E. Culver** _____
                                              Signature of Attorney
                                              **Robert E. Culver**
                                              **The Culver Firm, PC**
                                              **575 King Street**
                                              **Suite A**
                                              **Charleston, SC 29403**
                                              **843-853-9816   Fax: 843-853-9838**
                                              Typed/Printed Name/Address/Telephone

                                              **15662**
                                              District Court I.D. Number

A AMERICAN DOOR
POB 970
MONCKS CORNER SC 29461


A&A CONTRACT CUSTOMS BROKERS USA INC.
POB 4059
BLAINE WA 98231


A&E HEATING AND AIR, INC.
POB 1770
SUMMERVILLE SC 29484


ABEL ELECTRIC
POB 13207
CHARLESTON SC 29422


ABSOLUTE LOGISTICS GROUP INC.
1440 MIDLAKE ROAD
KANNAPOLIS NC 28083


ACCIDENT FUND
POB 77000
DEPT. 77125
DETROIT MI 48277


ACS CONSTRUCTION EQUIPMENT
7235 CROSS COUNTY ROAD
NORTH CHARLESTON SC 29418


ACS CONSTRUCTION USA
7325 CROSS COUNTY
NORTH CHARLESTON SC 29418


AFLAC
1932 WYNNTON ROAD
COLUMBUS GA 31999


AIRCRAFT OWNERS & PILOTS ASSOCIATION
POB 779
FREDERICK MD 21705


AIRGAS NATIONAL WELDERS SUPPLY
POB 601985
CHARLOTTE NC 28260

AKG OF AMERICA INC.
POB 601121
CHARLOTTE NC 28260


ALCAM, INC.
POB 1554
MOUNT PLEASANT SC 29465


ALLEN & WEBB
POB 71227
NORTH CHARLESTON SC 29415


ALLPHASE ELECTRIC CO., LLC
POB 1399
SUMMERVILLE SC 29484


AMERICAN BAR ASOCIATION
POB 4745
CAROL STREAM IL 60197


AMERICAN BUSINESS DEVELOPMENT GROUP
2800 SHIRLINGTON ROAD SUITE 4401
ARLINGTON VA 22206


AMERICAN INTERNATIONAL CO.
22427 NETWORK PLACE
CHICAGO IL 60673


ANDREWS FABRICATORS AND KINGSTREE INC.
POB 435
ANDREWS SC 29510


APEXMETAL FOUNDRY CANADA
3011 HAYDEN PARK ROAD
CHOW ZHANG
REGINA SK S4V 2W9
CANADA


APPLIED INDUSTRIAL TECHNOLOGY
POB 905794
CHARLOTTE NC 28290

ARTIC TRAVELER CANADA
1416 GRAHAM'S LANE
BURLINGTON, ONTARIO L7S1W3
CANADA


ASSN OF EQUIPMENT
BOX 68-6542
MILWAUKEE WI 53268


ASV, INC.
15339 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693


ATLANTIC COAST STEEL & SUPPLY
POB 342
LADSON SC 29456


AVCO EXPRESS LLC
119 WALTON GROVE ROAD
DALE MARTIN
SUMMERVILLE SC 29483


BACKGROUNDS ONLINE
1915 21ST STREET
SACRAMENTO CA 95811


BANK OF AMERICA CC
POB 37279
BALTIMORE MD 21297


BANK OF AMERICA NA
POB 538655
ATLANTA GA 30384


BANK OF MONTREAL
500 EAST GRANDE ALLEE
QUEBEC
CANADA


BEARING DISBRIBUTORS
POB 887
COLUMBIA SC 29202

BLANCHARD MACHINERY COMPANY
POB 402197
ATLANTA GA 30384


BLUE DEMON COMPANY
POB 724
ATLANTA GA 30374


BNP MEDIA
POB 2600
TROY MI 48007


BRANCH BANKING & TRUST


BRENNAN INDUSTRIES OF GEORGIA
5369 PENN CIRCLE
DECATUR GA 30035


BRIAN'S MECHANICAL LLC
1106 ALWYN BOULEVARD
SUMMERVILLE SC 29485


BRIDGEWATER, INC.
ATTENTION OF CAL COY
1029 TRAILS END LAND
CHAPIN SC 29036


BROOKS HEAVY DUTY & INDUSTRIAL SUPPLY
1200 SW BOWENS MILL ROAD
DOUGLAS GA 31533


BUCK, KEENAN, GAGE, LITTLE & LINDLEY LLP
700 LOUISIANA SUITE 5100
SUMMERVILLE SC 29485


CHARLESTON RUBBER & GASKET
POB 90187
HANAHAN SC 29410


CHEMSEARCH
POB 971269
DALLAS TX 75397

CITIENS AUTOMOBILE FINANCE
POB 42113
PROVIDENCE RI 02940


CITIZEN AUTOMOBILE FINANCE
POBOX 42113
PROVIDENCE RI 02940


COUNTRY INN & SUITES
220 HOLIDAY DRIVE
SUMMERVILLE SC 29483


D I TECHNOLOGIES
820 SHULL STREET
SUITE 4
WEST COLUMBIA SC 29169


DELL FINANCIAL SERVICES
POB 5292
CAROL STREAM IL 60197


DERINGER
POB 1324
WILLISTON VT 05495


DIGICOM INTERMEDIA LLC & BRUCE COY
111 GARDEN HILL ROAD
SUMMERVILLE SC 29483


DILMAR OIL COMPANY
7120 CROSS COUNTY ROAD
NORTH CHARLESTON SC 29418


DURST DIVISION OF REGAL BELOIT CORP
P O BOX 78275
MILWAUKEE WI 52302


EAST COAST ENVIRONMENTAL SOLUTIONS, LLC
10 QUEEN ANNE'S LANE
SENECA SC 29672


EMERY EQUIPMENT SALES AND RENTALS
12181 AIRLINE HWY
BATON ROUGE LA 70817

```
ENGRENAGE PROVINCIAL INC.
960 RUE RAOUL JOBIN
QUEBEC
QC G1N 1S9
CANADA


EQUIPMENT & PARTS SPECIAL COMPANY
3523 MOBILE HIGHWAY
MONTGOMERY AL 36108


EVEREST FREIGHT & LOGISTICS
8300 COTE DE LIESSE
SUITE 207
MONTREAL, QC CANADA H4T 1G7
CANADA


FASKEN MARTINEAU DUUMOULIN S.E.N.C.R.L.
BUREAU 800 / 140
GRANDE ALLEE EST, QUEBEC CANADA QCG1R5M8
CANADA


FASTENAL IND & CONSTR SUPPLIES
412 EAST  5TH NORTH STREET
SUMMERVILLE SC 29483


FENNELL CONTAINER COMPANY
POB 62679
NORTH CHARLESTON SC 29419


GMAC
POB 9001948
LOUISVILLE KY 40290


GMAC
POB 9001948
LOUISVILLE KY 40290


GMAC
POB 9001948
LOUISVILLE KY 40290


GMAC
POB 9001948
LOUISVILLE KY 40290
```

GMAC
POB 9001948
LOUISVILLE KY 40290


GMAC
POB 9001948
LOUISVILLE KY 40290


GMAC
POB 9001948
LOUISVILLE KY 40290


GOODSELL TRANSPORT, LLC
210 S CEDAR STREET
SUMMERVILLE SC 29483


GSA FEDERAL ACQUISITION SERVICE
MORGAN P SNYDER, CONTRACTING OFFICER
2200 CRYSTAL DRIVE, STE. 1000
ARLINGTON VA 22202


GYRO-TRAC INTERNATIONAL, INC
ATTENTION: DANIEL GAUDREAULT
10 FLYING CLOUD DRIVE
SUMMERVILLE SC 29485


GYRO-TRAC WEST COAST


HALL'S AUTO & TRUCK REPAIR
161 WEST STEELE DRIVE
SUMMERVILLE SC 29483


IKON FINANCIAL SERVICES
POB 740540
ATLANTA GA 30374


J.R. MERRITT CONTROLS, INC.
55 SPERRY AVENUE
STRATFORD CT 06615


JANI-KING OF CHARLESTON
801 JONES FRANKLIN ROAD
RALEIGH NC 27606

JOHN S. JAMES, INC. OF ATLANTA
POB 2166
SAVANNAH GA 31402


LAMTECH
81 RUE PRINCIPALE
ST. - PRIME
QC CANADA G8J1V1
CANADA


LEBLEU BOTTLED WATER
POB 616
LADSON SC 29456


LEXIS NEXIS
9443 SPRINGBORO PIKE
MIAMISBURG OH 45342


LEXISNEXIS
POB 7247-7090
PHILADELPHIA PA 19170


LIBERTY INTERNATIONAL UNDERWRITERS
1000-181 BAY STREET
TORONTO CANADA  M5J 2T3
CANADA


LIVINGSTON & HAVEN
POB 891018
CHARLOTTE NC 28289


MAIER & MAIER, PLLC
1000 DUKE STREET
ALEXANDRIA VA 22314


MARK CARDNELLA
212 FREEMAN STREET
MOUNT PLEASANT SC 29464


MECHANICSVILLE POWER EQUIPMENT, LLC
ATTENTIN OF TOM VAUGHN & TIM MATTHEWS
8179 MECHANICSVILLE TPK
MECHANICSVILLE VA 23111

NAPA AUTO & TRUCK PARTS
705 WEST 57TH NORTH STREET
SUMMERVILLE SC 29483


NASH OIL COMPANY, INC.
POB 899
GEORGETOWN SC 29442


NUVOX COMMUNICATIONS
POB 580451
CHARLOTTE NC 28258


PEAK 10
8910 LENOX POINTE DRIVE, STE. A
CHARLOTTE NC 28273


PEAK 10, INC.
POB 534390
ATLANTA GA 30353


PELICAN AVIATION, LLC
890 GREYBACK ROAD
SUMMERVILLE SC 29483


PITNEY BOWES GLOBAL FINANCIAL SERVICES
POB 856460
LOUISVILLE KY 40285


POWELL BROTHERS
10 QUEEN ANNE'S LANE
SENECA SC 29672


PYE-BARKER FIRE & SAFETY INC.
POB 70008
MARIETTA GA 30007


RDP VERMEER,LLC
ATTENTION OF SKIP KLINKHAMMER
770 SEVENTH STREET SOUTH
FARGO ND 58103


RENTAL UNIFORM SERVICE
POB 40937
CHARLESTON SC 29423

ROADWAY/YRC
POB 905587
CHARLOTTE NC 28290


RYCO HYDRAULICS  INC
1616 GREENS ROAD
HOUSTON TX 77032


SONITROL
4455 TILE DRIVE
NORTH CHARLESTON SC 29405


SOUTHEASTERN FREIGHTLINES
POB 100104
COLUMBIA SC 29202


STAPLES
POB 689020
DES MOINES IA 50368


STASMAYER INCORPORATED
930 FOLLY ROAD
SUITE A
CHARLESTON SC 29412


STESMAYER INCORPORATED
930 FOLLY ROAD, SUITE A
CHARLESTON SC 29412


SUBURBAN PROPANE
300 E 2ND NORTH STREET
SUMMERVILLE SC 29483


SYNERGY FRANCHISING CORP
D/B/A JAMI-KING OF CHARLESTON
7301 RIVERS AVENUE, SUITE 240


THERMO KING OF CHARLESTON
POB 9007
COLUMBIA SC 29290


THOMPSON & KNIGHT, LLC
333 CLAY SREET
HOUSTON TX 77002

THUNDER BAY
C/O ROBERT LOWE, LOWE & ASSOCIATES
WACHOVIA CENTER
177 MEETING STREET, SUITE 400
CHARLESTON SC 29401


TREMBLAY & SONS, LLC
402 FAIRINGTON DRIVE
SUMMERVILLE SC 29485


TREMBLAY AND SONS
10 FLYING CLOUD DRIVE
SUMMERVILLE SC 29483


TUTTLE DOZER WORKS, INC.
IN CARE OF PAUL TINKLER, ESQ.
POB 366
CHARLESTON SC 29402


TUTTLE DOZER WORKS, INC.
701 WALKER DRIVE
INTERLACHEN FL 32148


U.S. BANK BUSINESS EQUIPMENT FIANCING
POB 790448
SAINT LOUIS MO 63179


ULINE
2200 SOUTH LAKESIDE DRIVE
WAUKEGAN IL 60085


UNITED PARCEL SERVICE
POB 7247-0244
PHILADELPHIA PA 19170-0001


UPS SUPPLY CHAIN SOLUTIONS
28013 NETWORK PLACE
CHICAGO IL 60673


USITECH NOV INDUSTRIES
1295, 1 ERE RUE
QC  G6E 3T3
CANADA
CANADA

```
VERIZON WIRELESS
POB 660108
DALLAS TX 75266


VERMEER AUSTRALIA
ONE FULCRUM STREET
RICHLANDS(QUEEENSLAND), AUSTRALIA 4077
AUSTRALIA


VERMEER CANADA
10 INDELL LANE
BRUMPTON (ONTARIO) CANADA L6T 3Y3
CANADA


VERMEER CORPORATION
ATTENTION: DOUG HUNDT
1210 VERMEER ROAD EAST
PELLA IA 50219


VERMEER EAST AG, LTD
TIERGARTENSTRASSE 10, CH-8852
ATLENDORF, SWITZERLAND
SWITZERLAND


VERMEER EQUIPMENT OF TEXAS, INC.
ATTENTION OF MARK KRUEGER
3025 NORTH STATE HIGHWAY 161
IRVING TX 75062


VERMEER MANUFACTURING
1210 VERMEER ROAD EAST
PELLA IA 50219


VERMEER MIDWEST
ATTENTION: JUNIOR KOOL
2801 BEVERLY DRIVE
AURORA IL 60504


VERMEER MIDWEST, INC.
ATTENTION OF JUNIOR KOOL
2801 BEVERLEY DRIVE
AURORA IL 60504
```

VERMEER OF SO. OHIO, INC.
ATTENTION OF RICH FARRENS
2574 US NO. 22 NW
WASHINGTON COURT HOUSE OH 43160


VERMEER SOUTHEAST SALES & SERVICE, INC
4401 VINELAND ROAD
ORLANDO FL 32811


VERMEER SOUTHWEST
4401 VINELAND ROAD
ORLANDO FL 32811


VERMEER STEINBRUECK EXPORT GMBH
PUSCHER STRAUSS 7
D 9044411
NUREMBERG, GERMANY
GERMANY


VERMEER WORLD FINANCE
1210 VERMEER ROAD
PELLA IA 50219


W. W. WILLIAMS
DEARTMENT L 303
COLUMBUS OH 43260


WENDELL DEVRIES
2308 CORINNE COURT
FRANKLIN TN 37064


WRIGHT EXPRESS
POB 6293
CAROL STREAM IL 60197