# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

IN RE:

Gyro-Trac (USA), Inc.,

Debtor(s).

C/A No. 10-01908-DD

Chapter 11

**ORDER FOR PRE-CONFIRMATION HEARING**

THIS MATTER is before the Court following a hearing on approval of the Disclosure Statement filed by Gyro-Trac (USA), Inc. ("Debtor"). The Court has determined that a further hearing is necessary to determine the following: (1) The amount of time necessary for discovery regarding the valuation of intellectual property, (2) the transmittal of an order approving Debtor's Third Amended Disclosure Statement, and (3) to determine the date of a final hearing on confirmation of the Debtor's Plan of Reorganization.

IT IS THEREFORE ORDERED that the a hearing shall be held before the Honorable David R. Duncan to resolve the aforementioned issues at the King and Queen Building, 145 King Street, Room 225, Charleston, South Carolina at **10:30 a.m. on June 22, 2010.**

**AND IT IS SO ORDERED.**

**FILED BY THE COURT**
**06/08/2010**



Entered: 06/09/2010

David R. Duncan
US Bankruptcy Judge
District of South Carolina